No. 24-5358

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

REPUBLICAN NATIONAL COMMITTEE,

*Plaintiff-Appellant*,

v.

GOOGLE INC.,

*Defendant-Appellee.*

On Appeal from the United States District Court for the
Eastern District of California, No. 2:22-cv-01904 (Calabretta, J.)

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION

| | |
|---|---|
| Harmeet K. Dhillon | Thomas R. McCarthy |
| Michael A. Columbo | Thomas S. Vaseliou |
| Mark P. Meuser | Conor D. Woodfin |
| DHILLON LAW GROUP INC. | CONSOVOY MCCARTHY PLLC |
| 177 Post St., Suite 700 | 1600 Wilson Blvd., Suite 700 |
| San Francisco, CA 94108 | Arlington, VA 22209 |
| (415) 433-1700 | (703) 243-9423 |
| Harmeet@dhillonlaw.com | tom@consovoymccarthy.com |
| | |
| November 7, 2024 | *Counsel for Appellant* |

i

## CORPORATE DISCLOSURE STATEMENT

The Republican National Committee is not a subsidiary or affiliate of a publicly owned corporation. No publicly owned corporation not a party to this case has a financial interest in the outcome of this case.

## MOTION FOR EXTENSION

Appellant moves under Federal Rule of Appellate Procedure 26 and Local Rule 31-2.2 to extend its deadline to file its opening brief by 63 days. Appellant's brief is currently due November 19, 2024. A 63-day extension would set the deadline for Appellant's opening brief as Tuesday, January 21, 2025, chosen because January 18 is a Saturday and January 20 is a federal holiday. This is Appellant's first request for an extension. It would generally be entitled to at least a 30-day streamlined extension under Local Rule 31-2.2(a). No party opposes this motion.

There is substantial need to extend the deadline by 63 days. As detailed in the attached declaration, the lead brief drafter has numerous competing deadlines, nearly all of which cannot be moved. In addition to other case obligations in December, the lead drafter is also getting married in December and will be immediately leaving on his honeymoon.

Moreover, over the past months, Appellant and its counsel have been involved in many cases in an emergency or expedited posture regarding the election. It anticipates further urgent cases to come up after the election as well.

For all of these reasons, Appellant respectfully request a 63-day extension to file its opening brief. Appellant has exercised diligence and will file its brief within the requested timeframe. Granting this motion will not prejudice any party, as no party opposes the motion.

## CONCLUSION

This Court should grant the unopposed motion and extend the deadline for Appellant to file its opening brief to January 21, 2025.

Dated: November 7, 2024

Harmeet K. Dhillon
Michael A. Columbo
Mark P. Meuser
DHILLON LAW GROUP INC.
177 Post St., Suite 700
San Francisco, CA 94108
(415) 433-1700
Harmeet@dhillonlaw.com

Respectfully submitted,

/s/ *Thomas R. McCarthy*
Thomas R. McCarthy
Thomas S. Vaseliou
Conor D. Woodfin
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com

*Counsel for Appellant*

3

## CERTIFICATE OF COMPLIANCE

This brief complies with Rule 27(d)(2)(A) because it contains 534 words, excluding the parts that can be excluded. This motions also complies with Rules 27(d)(1)(E) and 32(a)(5)-(6) because it is prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: November 7, 2024　　　　　　　　　　　*/s/Thomas R. McCarthy*

## CERTIFICATE OF SERVICE

I filed this brief on the Court's electronic filing system, which will email everyone requiring notice.

Dated: November 7, 2024　　　　　　　　　　　*/s/ Thomas R. McCarthy*

4