# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, ) | |
| ) | No. 24-5358 |
| Plaintiff-Appellant, ) | |
| ) | U.S. District Court for the |
| v. ) | Eastern District of California |
| ) | No. 2:22-cv-01904 |
| GOOGLE INC. AND GOOGLE LLC, ) | |
| ) | |
| Defendants-Appellees. ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSE BRIEF

Defendant Google LLC (erroneously sued also as Google Inc.), by and through undersigned counsel, respectfully requests a 25-day extension of time, up to and including April 18, 2025, to file its response brief in the above-captioned case. Counsel for Plaintiff-Appellant, the Republican National Committee ("RNC"), does not oppose this motion. In support, Google states as follows:

1. The RNC's opening brief was originally due on November 19, 2024. The RNC received a 63-day extension of time in which to file its opening brief, with Google's consent, and filed its opening brief on January 21, 2025.

2. After the RNC's motion was granted, Google's response brief was due on February 20, 2025. Google requested and received one streamlined 30-day extension of time. Google's response brief is currently due on March 24, 2025.

3. With the requested 25-day extension, Google's response brief would be due on April 18, 2025.

4. Google requests the extension because its lead appellate counsel, Michael Huston, has been heavily occupied by the press of other business during the response briefing period. Since the time when the parties last conferred on the briefing schedule and this Court issued its amended scheduling order, Mr. Huston has been scheduled by the U.S. Court of Appeals for the Sixth Circuit to deliver an oral argument on March 6, 2025. Mr. Huston has also been in charge of preparing appellate briefs in multiple other courts, including in the Supreme Court of the United States, federal and state courts, and before federal administrative agencies. Mr. Huston is scheduled to present oral argument in the Supreme Court of the United States shortly after the current response brief deadline here for Google, on March 25, 2025, in *Calumet Shreveport v. EPA*, No. 23-1229. And Mr. Huston has recently been appointed by the Supreme Court as amicus curiae counsel in *Parrish v. United States*, No. 24-275, with oral argument scheduled for April 21, 2025. Preparing for and delivering those arguments, in addition to overseeing other briefing and other pressing matters, has slowed progress on the response brief in this matter.

5. Counsel for the RNC does not oppose this requested extension.

- 3 -

WHEREFORE, Google respectfully requests a 25-day extension of time, up to and including April 18, 2025, to file its response brief.

Dated: March 4, 2025

Respectfully submitted,

By: /s/ Michael R. Huston
Michael R. Huston
PERKINS COIE LLP
2525 E. Camelback Road, Suite 500
Phoenix, AZ 85016
(602) 351-8000
mhuston@perkinscoie.com

*Counsel for Defendants-Appellees Google Inc. and Google LLC*

- 4 -

## **CERTIFICATE OF COMPLIANCE**

I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 376 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word and Times New Roman 14-point font.

By: <u>/s/ Michael R. Huston</u>

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2025, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the Ninth Circuit via the ACMS filing system. I certify that all participants in the case are registered ACMS users and that service will be accomplished by the ACMS system.

By: /s/ Michael R. Huston