## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| REPUBLICAN NATIONAL COMMITTEE, | ) | |
| | ) | No. 24-5358 |
| Plaintiff-Appellant, | ) | |
| | ) | U.S. District Court for the |
| v. | ) | Eastern District of California |
| | ) | No. 2:22-cv-01904 |
| GOOGLE INC. AND GOOGLE LLC, | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSE BRIEF

Defendant Google LLC, by and through undersigned counsel, respectfully requests a 10-day extension of time, up to and including April 28, 2025, to file its response brief in the above-captioned case. Counsel for Plaintiff-Appellant, the Republican National Committee ("RNC"), consents to this motion. In support, Google states as follows:

1.      The RNC's opening brief was originally due on November 19, 2024. The RNC received a 63-day extension of time in which to file its opening brief, with Google's consent, and filed its opening brief on January 21, 2025.

2.      After the RNC's motion was granted, Google's response brief was due on February 20, 2025. Google requested and received one streamlined extension of time, extending the deadline to March 24, 2025.

3.      On March 4, 2025, Google requested a 25-day extension. This Court granted that request, extending Google's deadline to April 18, 2025.

4.      With the requested 10-day extension, Google's response brief would be due on April 28, 2025.

5.      Google requests the extension because its lead appellate counsel, Michael Huston, has been heavily occupied by the press of other business during the response briefing period. The Supreme Court of the United States has appointed Mr. Huston as amicus curiae counsel in *Parrish v. United States*, No. 24-275, and he will argue that case on Monday, April 21, 2025. Mr. Huston also has been in charge of preparing appellate briefs in multiple other courts, including an en banc petition in this Court in *Hill v. NaphCare, Inc.*, No. 23-2741, as well as several other appellate briefs due in the next two weeks.

6.      Counsel for the RNC consents to this requested extension.

WHEREFORE, Google respectfully requests a 10-day extension of time, up to and including April 28, 2025, to file its response brief.

Dated: April 17, 2025

Respectfully submitted,

By: /s/ Michael R. Huston
Michael R. Huston
PERKINS COIE LLP
2525 E. Camelback Road, Suite 500
Phoenix, AZ 85016
(602) 351-8000
mhuston@perkinscoie.com

*Counsel for Defendant-Appellee Google LLC*

# CERTIFICATE OF COMPLIANCE

I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 292 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word and Times New Roman 14-point font.

By: /s/ Michael R. Huston

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2025, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the Ninth Circuit via the ACMS filing system. I certify that all participants in the case are registered ACMS users and that service will be accomplished by the ACMS system.

By: /s/ Michael R. Huston