No. 24-5358

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

REPUBLICAN NATIONAL COMMITTEE,

*Plaintiff-Appellant*,

v.

GOOGLE INC.,

*Defendant-Appellee.*

On Appeal from the United States District Court for the
Eastern District of California, No. 2:22-cv-01904 (Calabretta, J.)

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE REPLY BRIEF

Michael A. Columbo
Mark P. Meuser
DHILLON LAW GROUP INC.
177 Post St., Suite 700
San Francisco, CA 94108
(415) 433-1700
mcolumbo@dhillonlaw.com

June 2, 2025

Thomas R. McCarthy
Conor D. Woodfin
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com

*Counsel for Appellant*

i

## CORPORATE DISCLOSURE STATEMENT

The Republican National Committee is not a subsidiary or affiliate of a publicly owned corporation. No publicly owned corporation not a party to this case has a financial interest in the outcome of this case.

## MOTION FOR EXTENSION

Appellant, the Republican National Committee moves under Federal Rule of Appellate Procedure 26 and Local Rule 31-2.2 to extend its reply-brief deadline by 21 days, which would move the deadline to July 11, 2025. Counsel for Appellee Google consents to this motion. In support, the Republican National Committee states the following:

1. The RNC's opening brief was originally due on November 19, 2024. The RNC received a 63-day extension of time in which to file its opening brief, with Google's consent, and filed its opening brief on January 21, 2025.

2. Google's response brief was initially due on February 20, 2025. Google requested and received one streamlined extension of time, extending the deadline to March 24, 2025. Google then filed two more unopposed motions to extend its briefing deadline. The Court granted both motions, extending Google's response deadline to April 28, 2025.

3. After Google filed its response brief, the RNC's reply brief was initially due May 19, 2025. The RNC requested a streamlined extension, which moved the deadline to June 20.

4. There is substantial need to extend the deadline by 21 days. The lead drafter, Conor D. Woodfin, will be presenting oral argument in the Sixth Circuit on June 12, just 8 days before the reply brief is due.

5. Appellant's counsel also has preplanned vacation from June 13 to June 20.

6. Appellant's counsel have numerous other briefs and motions due in various cases through June 20.

7. Although the case has not yet been scheduled for argument, the Court has notified the parties that it is considering this case for the Honolulu sitting in October. *See* Doc. 58. Granting this motion will not affect the parties' availability for the October sitting.

8. The court reporter is not in default with regard to any designated transcripts.

9. Google's counsel consents to this extension.

The RNC thus requests a 21-day extension to file its reply brief, up to July 11, 2025.

Dated: June 2, 2025                                          Respectfully submitted,

                                                             */s/ Thomas R. McCarthy*

Michael A. Columbo                        Thomas R. McCarthy
Mark P. Meuser                            Conor D. Woodfin
DHILLON LAW GROUP INC.                    CONSOVOY MCCARTHY PLLC
177 Post St., Suite 700                   1600 Wilson Blvd., Suite 700
San Francisco, CA 94108                   Arlington, VA 22209
(415) 433-1700                            (703) 243-9423
mcolumbo@dhillonlaw.com                   tom@consovoymccarthy.com

*Counsel for Appellant*

3

## CERTIFICATE OF COMPLIANCE

This brief complies with Rule 27(d)(2)(A) because it contains 583 words, excluding the parts that can be excluded. This motions also complies with Rules 27(d)(1)(E) and 32(a)(5)-(6) because it is prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: June 2, 2025 /s/ *Thomas R. McCarthy*

## CERTIFICATE OF SERVICE

I filed this brief on the Court's electronic filing system, which will email everyone requiring notice.

Dated: June 2, 2025 /s/ *Thomas R. McCarthy*